DANIEL BRODERICK, Bar #89424
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HARRIS MITELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. CR-S-06-110 GEB |
| ) | |
| Plaintiff,   ) | STIPULATION AND [PROPOSED]ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v.                        ) | |
| ) | |
| HARRIS MITELA,                       ) | Date: August 25, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant.   ) | |
| ) | Judge:Hon. Garland E. Burrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED between the parties, Ken Melikian, Assistant United States Attorney, attorney for plaintiff, and Matthew C. Bockmon, attorney for defendant HARRIS MITELA, that the current Status Conference hearing date of August 4, 2006 be vacated, and that a new Status Conference hearing date of August 25, 2006, at 9:00 a.m. be set.  This continuance is being requested because investigation and defense preparation is on-going.

    IT IS FURTHER STIPULATED that the period from August 4, 2006 through and including August 25, 2006 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
//

1  counsel and defense preparation.

2  Dated: August 3, 2006                    Respectfully submitted,

3                                           DANIEL BRODERICK
                                            Federal Defender
4

5                                           /S/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
6                                           Assistant Federal Defender
                                            Attorney for Defendant
7                                           HARRIS MITELA

8
   Dated:  August 3, 2006                   MCGREGOR W. SCOTT
9                                           United States Attorney

10                                          /s/ Matthew C. Bockmon for

11                                          _____
                                            KEN MELIKIAN
                                            Assistant U.S. Attorney
12                                          per telephonic authority

13
                                  **O R D E R**
14

15
   IT IS SO ORDERED.
16
   Dated:  August 4, 2006
17

18                                          /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
19                                          United States District Judge

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2