```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7             IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,   )  CR. NO. S-06-110 GEB
                                )
12              Plaintiff,      )
                                )  STIPULATION; ORDER
13                              )
    HARRIS MITELA,              )
14                              )
                Defendant.      )
15  _____)
```

16      Defendant Harris Mitela, through Matthew Bockmon, Assistant
17 U.S. Attorney, and the United States of America, through Assistant
18 U.S. Attorney Kenneth J. Melikian, agree that the status
19 conference scheduled for August 25, 2006, 2006, be vacated.  The
20 parties further stipulate that a status conference be placed on
21 the court's September 8, 2006, calendar.
22      The government is still in the process of providing defense
23 counsel with discovery.  Defense counsel would have to examine all
24 of the discovery before appearing at a status conference.  As
25 such, the parties are requesting that the case be placed on the
26 September 8th calendar.
27      For these reasons, the parties request that a status
28 conference in this case be scheduled for September 8, 2006.  The

1  parties further agree that time should be excluded through
2  September 8, 2006, from computation under the Speedy Trial Act
3  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
4  to allow defense counsel to prepare his case.
5  DATED: August 24, 2006                Very truly yours,

6                                        McGREGOR W. SCOTT
                                         United States Attorney
7

8
                                         By: /s/ Kenneth J. Melikian
9                                            KENNETH J. MELIKIAN
                                             Assistant U.S. Attorney
10

11 DATED: August 24, 2006                /s/ Kenneth J. Melikian
                                         MATTHEW BOCKMON
12                                       Attorney for Defendant
                                         (Signed by Kenneth J. Melikian
13                                        per authorization by Matthew
                                          Bockmon)
14

15     IT IS SO ORDERED.

16 Dated:  August 28, 2006

17
                                         /s/ Garland E. Burrell, Jr.
18                                       GARLAND E. BURRELL, JR.
                                         United States District Judge
19

20

21

22

23

24

25

26

27

28