Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-2213

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR. No. 2:06-CR-0110 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | |
| v. ) | |
| ) | |
| **HARRIS MITELA,** ) | Date: September 22, 2005 |
| ) | Time: 9:00 p.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

HARRIS MITELA, by and through his counsel of record, Robert M. Holley, Esq., and the United States government, by and through its counsel, Mr. Kenneth Melikian, Esq., Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status conference date of September 22, 2006 and continue the matter for a Status Conference on October 13, 2006 at 9:00 a.m.

This continuance is at the request of both parties and is needed for the acquisition of further reports and discovery necessary for meaningful settlement discussions.

IT IS FURTHER STIPULATED that the period from September 22, 2006 up to and including October 13, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act,

pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel.

Dated: September 22, 2006        /s/ Robert M. Holley, Esq.
_____
Robert M. Holley, Esq.
Counsel for Mr. Mitela

Dated: September 22, 2006        /s/ Robert M. Holley, Esq. for
_____
Mr. Kenneth Melikian, Esq.
Assistant U.S. Attorney

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:   September 27, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2