```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>          Plaintiff,          )<br>                              )<br>                              )<br>HARRIS MITELA,                )<br>                              )<br>          Defendant.          )<br>_____) | CR. NO. S-06-110 GEB<br><br>STIPULATION; ORDER |

Defendant Harris Mitela, through Robert M. Holley, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for November 3, 2006, be vacated.  The parties further stipulate that a status conference be placed on the court's December 1, 2006, calendar.

The government is still in the process of providing defense counsel with discovery.  Defense counsel would have to examine all of the discovery before appearing at a status conference.  As such, the parties are requesting that the case be placed on the December 1st calendar.

For these reasons, the parties request that a status conference in this case be scheduled for December 1, 2006.  The

1 | parties further agree that time should be excluded through
2 | December 1, 2006, from computation under the Speedy Trial Act
3 | pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order
4 | to allow defense counsel to prepare his case.

5 | DATED: November 2, 2006          Very truly yours,

6 |                                  McGREGOR W. SCOTT
                                     United States Attorney

                                 By: /s/ Kenneth J. Melikian
                                     KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

11 | DATED: November 2, 2006          /s/ Kenneth J. Melikian
                                      ROBERT M. HOLLEY
                                      Attorney for Defendant
                                      (Signed by Kenneth J. Melikian
                                       per authorization by Robert M.
                                       Holley)

16 |      IT IS SO ORDERED.

17 | Dated:  November 3, 2006

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge