```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-110 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| ) | |
| HARRIS MITELA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Defendant Harris Mitela, through Robert M. Holley, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for December 1, 2006, be vacated.  The parties further stipulate that a status conference be placed on the court's January 12, 2007, calendar.

    Defense counsel and the government have entered negotiations to settle this case.  As the discovery is somewhat extensive, and as the alleged loss in this case is high, these negotiations will probably proceed slowly.  As such, there is nothing that can be accomplished by appearing before the court on December 1st.

    The parties anticipate that they will be able to resolve this case by January 12th.  If a resolution does not appear to be

1 | possible, the parties will need to discuss various trial issues
2 | prior to January 12th.
3 |     For these reasons, the parties request that a status
4 | conference in this case be scheduled for January 12, 2007.  The
5 | parties further agree that time should be excluded through January
6 | 12, 2007, from computation under the Speedy Trial Act pursuant to
7 | local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow
8 | defense counsel to prepare his case.
9 | DATED: November 30, 2006          Very truly yours,
10 |                                   McGREGOR W. SCOTT
                                        United States Attorney
11 |
12 |
                                       By:/s/ Kenneth J. Melikian
13 |                                       KENNETH J. MELIKIAN
                                           Assistant U.S. Attorney
14 |
15 | DATED: November 30, 2006          /s/ Kenneth J. Melikian
                                        ROBERT M. HOLLEY
16 |                                    Attorney for Defendant
                                        (Signed by Kenneth J. Melikian
17 |                                      per authorization by Robert M.
                                         Holley)
18 |
19 |
20 |     IT IS SO ORDERED.
21 | Dated:  December 1, 2006
22 |
23 |                                   _____
                                        GARLAND E. BURRELL, JR.
24 |                                    United States District Judge
25 |
26 |
27 |
28 |

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28