McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   CR. NO. S-06-110 GEB
                                 )
            Plaintiff,           )
                                 )   STIPULATION; ORDER
                                 )
HARRIS MITELA,                   )
                                 )
            Defendant.           )
_____)

    Defendant Harris Mitela, through Robert M. Holley, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for January 12, 2007, be vacated.  The parties further stipulate that a status conference be placed on the court's January 26, 2007, calendar.

    Defense counsel and the government have entered negotiations to settle this case.  As the discovery is somewhat extensive, and as the alleged loss in this case is high, these negotiations are proceeding slowly.  As such, there is nothing that can be accomplished by appearing before the court on January 12th.

    The parties anticipate that they will be able to resolve this case by January 26th.  If a resolution does not appear to be

possible, the parties will need to discuss various trial issues prior to January 26th.

For these reasons, the parties request that a status conference in this case be scheduled for January 26, 2007. The parties further agree that time should be excluded through January 26, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: January 11, 2007          Very truly yours,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Kenneth J. Melikian
                                       By: KENNETH J. MELIKIAN
                                       Assistant U.S. Attorney

DATED: January 11, 2007          /s/ Kenneth J. Melikian
                                       ROBERT M. HOLLEY
                                       Attorney for Defendant
                                       (Signed by Kenneth J. Melikian
                                        per authorization by Robert M.
                                        Holley)

IT IS SO ORDERED.

Dated:  January 16, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2