1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, Ca.  95814
4  Telephone:  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. NO. S-06-110 GEB
                                  )
12              Plaintiff,        )
                                  )  STIPULATION; ORDER
13                                )
   HARRIS MITELA,                 )
14                                )
                Defendant.        )
15 _____)

16      Defendant Harris Mitela, through Robert M. Holley, Attorney At

17 Law, and the United States of America, through Assistant U.S.

18 Attorney Kenneth J. Melikian, agree that the status conference

19 scheduled for January 26, 2007, be vacated.  The parties further

20 stipulate that a status conference be placed on the court's

21 February 9, 2007, calendar.

22      Defense counsel and the government have entered negotiations

23 to settle this case.  As the discovery is somewhat extensive, and

24 as the alleged loss in this case is high, these negotiations are

25 proceeding slowly.  As such, there is nothing that can be

26 accomplished by appearing before the court on January 26th.

27      The parties are hopeful that they will be able to resolve

28 this case by February 9th.  If a resolution does not appear to be

                                 1

1  possible, the parties will need to discuss various trial issues

2  prior to February 9th.

3      For these reasons, the parties request that a status

4  conference in this case be scheduled for February 9, 2007.  The

5  parties further agree that time should be excluded through

6  February 9, 2007, from computation under the Speedy Trial Act

7  pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order

8  to allow defense counsel to prepare his case.

9  DATED: January 25, 2007          Very truly yours,

10                                   McGREGOR W. SCOTT
                                     United States Attorney
11

12

13                            By:/s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
14                               Assistant U.S. Attorney

15
   DATED: January 25, 2007          /s/ Kenneth J. Melikian
16                                   ROBERT M. HOLLEY
                                     Attorney for Defendant
17                                   (Signed by Kenneth J. Melikian
                                      per authorization by Robert M.
18                                    Holley)

19

20
        IT IS SO ORDERED.
21

22  Dated:  January 25, 2007

23                              _____
24                              GARLAND E. BURRELL, JR.
                                United States District Judge
25

26

27

28

                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28