```
McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-110 GEB |
| Plaintiff, ) | |
| ) | STIPULATION; ORDER |
| HARRIS MITELA, ) | |
| Defendant. ) | |

Defendant Harris Mitela, through Robert M. Holley, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the status conference scheduled for February 9, 2007, be vacated. The parties further stipulate that a status conference be placed on the court's March 9, 2007, calendar.

Defense counsel and the government have been negotiating a settlement in this case. Negotiations are still proceeding, as details must still be worked out. As such, there is nothing that can be accomplished by appearing before the court on February 9th.

The parties are hopeful that they will be able to resolve this case by March 9th. If a resolution does not appear to be possible, the parties will need to discuss various trial issues

prior to March 9th.

    For these reasons, the parties request that a status conference in this case be scheduled for March 9, 2007.  The parties further agree that time should be excluded through March 9, 2007, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: February 8, 2007        Very truly yours,

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                 By: /s/ Kenneth J. Melikian
                                    KENNETH J. MELIKIAN
                                    Assistant U.S. Attorney

DATED: February 8, 2007        /s/ Kenneth J. Melikian
                                    ROBERT M. HOLLEY
                                    Attorney for Defendant
                                    (Signed by Kenneth J. Melikian
                                     per authorization by Robert M.
                                     Holley)

    IT IS SO ORDERED.

Dated:  February 9, 2007

                                    GARLAND E. BURRELL, JR.
                                    United States District Judge