UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
JUL - 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES OF AMERICA, )
              Plaintiff,   )   Case No. __CR 06-110-GEB__
         v.                )
   __Harris Mitela__       )   RELEASE ORDER NO. _____
              Defendant.   )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release __Harris Mitela__
_____, Case No. _____,
Charge _____,
from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $_____

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

✓ (Other) __time served__
          _____

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento CA__ on __7-6-07__,
19____ at _____ a.m./p.m.

Copy 2 - Pre Trial Services

By _____
   United States District Judge or
   United States Magistrate